# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARASH HASHEMI,<br><br>    Plaintiff(s),<br><br>v.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>    Defendant(s). | Case No.: 2:19-cv-00212-RFB-NJK<br><br>**Order** |

On August 14, 2019, counsel for Defendant Progressive Northern Insurance Company phoned the undersigned's chambers and was informed by Court staff that *ex parte* communications are not permitted and all requests must be filed on the docket. *See* Local Rule IA 7-2. On August 14, 2019, counsel for Defendant delivered a letter to the undersigned's chambers, requesting the Court conduct a conference call. *See* attached letter.

All communications with the Court must be styled as a motion, stipulation, or notice. Local Rule IA 7-1(b). To the extent any party seeks relief, it must file the appropriate request on the docket.

IT IS SO ORDERED.

Dated: August 16, 2019

                                                                       Nancy J. Koppe
                                                                       United States Magistrate Judge

# KEATING LAW GROUP

August 14, 2019

VIA HAND-DELIVERY

Honorable Judge Nancy Koppe
U.S. District Court, District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Blvd.
Las Vegas NV 89101

Re: *Progressive adv. Hashemi*
Case No: 2:19-cv-00212-RFB-NJK

Dear Judge Koppe:

This letter is written regarding a discovery issue that has arisen in this case. Specifically, it has come to my attention that the Plaintiff in this matter, Arash Hashemi, has acted in a threatening manner towards one of my client's (Progressive Northern Insurance Company) adjusters, Pablo Nunez, who was involved in the investigation of the claim. This issue arose in the form of a text message sent by Mr. Hashemi to Mr. Nunez followed by a phone call.

In addition, the deposition of Mr. Nunez has been scheduled for September 18, 2019. My client and its employee, Pablo Nunez, are concerned about Mr. Hashemi given the threatening nature of his text message and subsequent phone call made to Mr. Nunez. In that regard we are attempting to locate a secure location where the deposition of Mr. Nunez can be accomplished.

We attempted to contact your department but were advised that there was nothing that could be done to accommodate a secure location for the deposition. This letter is written to request a conference call, if possible, with all counsel present to discuss the issue and whether or not we would be able to use a room at the federal courthouse to accomplish the deposition.

In the event that the Court is not inclined to schedule a telephone conference and a motion is preferred, please advise and we will do so accordingly. However, we were hopeful that we could address this issue quickly in the form of phone calls or letters as opposed to a motion.

Thank you in advance for your courtesy.

Very truly yours,

KEATING LAW GROUP

John T. Keating
jkeating@keatinglg.com

JTK:mh
cc: Jerome Bowen, Esq.