# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARASH HASHEMI,<br><br>　　Plaintiff(s),<br><br>v.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>　　Defendant(s). | Case No.: 2:19-cv-00212-RFB-NJK<br><br>**ORDER**<br><br>(Docket Nos. 21, 25) |

Pending before the Court is the parties' stipulation that (1) Pablo Nunez will be deposed at Keating Law Group and (2) Plaintiff will not contact any of Progressive Insurance Company's employees. Docket No. 25. The Court deems the stipulation a request to withdraw Defendant's motion for a limited protective order, Docket No. 21, and **GRANTS** the stipulation only in that limited regard.[1] The motion at Docket No. 21 is withdrawn.

IT IS SO ORDERED.

Dated: September 13, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] To the extent that the parties were seeking the Court's permission to depose Nunez at the place of their choosing, they do not need it. *See* Fed. R. Civ. P. 29(a).

1