JOHN T. KEATING
Nevada Bar No.: 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Progressive Northern Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARASH HASHEMI,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY, a foreign corporation; DOES I through X inclusive; and ROE CORPORATIONS, I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-00212-RFB-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED AND AGREED that Defendant Progressive Northern Insurance Company shall have an additional one (1) week in which to file its reply in support of its Motion for Partial Summary Judgment. Defendant will now have up to and including December 30,

2019 within which to file its reply in support of its Motion for Partial Summary Judgment.

DATED this 20th day of December, 2019.                DATED this 20th day of December, 2019.

K E A T I N G LAW GROUP                               BOWEN LAW OFFICES


By: /s/JOHN T. KEATING/                               By: /s/JEROME R. BOWEN/
JOHN T. KEATING                                       JEROME R. BOWEN, ESQ.
Nevada Bar No.: 6373                                  Nevada Bar No.: 4540
9130 W. Russell Road, Ste. 200                        9960 West Cheyenne Avenue, Ste. 250
Las Vegas NV 89148                                    Las Vegas NV 89129
Attorney for Defendant                                Attorney for Plaintiff
*Progressive Northern Insurance Company*              *Arash Hashemi*


**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 23, 2019
CASE NO.: 2:19-cv-00212-RFB-NJK

2